TEXAS COURT OF CRIMINAL APPEALS

QUINCY DESHAN BUTLER                      §

v.                                        §   Appeal No. 10-13-0430-CR
                                          §
                                          §   Trial No. 12-00472-CR-272
THE STATE OF TEXAS                        §

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 06 2015

Abel Acosta, Clerk

MOTION FOR EXTENTION OF TIME TO
FILE PETITION FOR DISCRETIONARY REVIEW

FILED IN
COURT OF CRIMINAL APPEALS

FEB 06 2015

Abel Acosta, Clerk

This is an appeal action brought by a Texas State prisoner Quincy Deshan Butler, hereinafter styled Petitioner, under Texas Rules of Appellate Procedure. The Petitioner moves this Court to consider his Motion For Extention Of Time To File Petition Discretionary Review. In support of his motion the Petitioner will show the following:

1. This appeal is followed after an order from the Fourteenth Court Of Appeals, by the order of the Court the Petitioner has until February 7, 2015 to file a Petition For Discretionary Review. This Motion for Extention of Time is being mailed on January 25, 2015, therefore it is timely filed.

2. Petitioner who is representing himself on a pro se basis is allowed access to the prison law library only (10) hours per week which prevents him from completeing the necessary re-search required to properly draft an adequate petition. Additionally, and in the same vein, due to spontaneous, random lockdowns, the Petitioner has been deprived of sufficient access to the law library.

3. Petitioner asserts that due to unusual circumstances at the Allred Unit, in essence, these circumstances have stagnated and has been overwhelmingly impedeing on the Petitioner's

progress during the last thirty (30) days plus, the Petitioner has been enduring episodes of lockdowns in response to inmates fighting, making alcohol, inmates getting caught with dangerous weopons and contraband, all these mishaps in which are independant situations that have nothing to with the Petitioner's conduct, but yet and still, the Petitioner is a victim of these circumstances and has to suffer the consequences of lockdown through no fault of his own. Furthermore, The Allred Unit just lifted the twenty-one (21) days bi-annual lockdown on January 3, 2015, but the lockdowns have been ongoing and continuous since the lift due to the above mentioned conduct by various inmates.

These lockdowns most certainly hinder the Petitioner's progress due to being allowed to recieve one case cite a day, as well as not being able to physically go to the law library to conduct proper research.

CONCLUSION

This is Petitioner's first request for an extention of time in this cause. This request is not designed to harass the State, nor to unnecessarily delay these proceedings, but to ensure that the Petitioner has a timely oppurtunity to draft a proper Petition for Discretionary Review. Accordingly, the Petitioner moves this Court by respectfully requesting an extention of sixty (60) days up to and including March 25, 2015, to file his Petition For Discretionary Review.

## PRAYER

Wherefore, premises considered, the Petitioner prays that this Honorable Court grant his Motion For Extention Of Time To File Petition For Dicretionary Review in the interest of justice.

## UNSWORN DECLARATION

"My name is Quincy Deshan Butler, my date of birth is 5/21/1980 and my inmate identifying number, is 01899541 . I am presently incarcerated in James V. Allred Unit in Iowa Park, Wichita County, Texas 76367-6568 . I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 25th day of January , 2015. _(signature)_ "

(offender signature)

## CERTIFICATE OF SERVICE

I Quincy Butler, do hereby certify that a true and correct copy of this instrument has been served by placing same in the U.S. Mail, postage prepaid, on this 25th day of January, 2015, addressed to:

Court of Criminal Appeals of Texas
P.O. Box 12308, Capital Station
Austin, Texas 78711

/s/ _(signature)_
Quincy Deshan Butler
TDCJ-ID # 1899541
J.V. Allred Unit
2101 F.M. 369 North
Iowa Park, Texas 76367-6568

QUINCY DESHAN BUTLER      § 

v.      §     APPEAL NO. 10-13-0430-CR

     §

THE STATE OF TEXAS      §    TRIAL NO. 12-00472-CRF272

## MOTION FOR LEAVE TO FILE
## MOTION FOR EXTENTION OF TIME TO
## FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Quincy Deshan Butler, hereinafter styled Petitioner in Pro se capacity, request that this Honorable Court grant his Motion For Leave To File Motion For Extention Of Time To File Petition For Discretionary Review in the name and interest of justice.


**(GRANT)**            **(DENIED)**


signed on:_____

         /s/_____
         Judge Presiding

### PRAYER

Wherefore, premises considered, the Petitioner prays that this Honorable Court grant his Motion For Leave To File Motion For Extention Of Time To File Petition For Discretionary Review.

### CERTIFICATE OF SERVICE

I, Quincy Butler, do hereby certify that a true and correct copy of this instrument has been served by placing same in the U.S. Mail, postage prepaid, on this 25th day of January, 2015, addressed to:

Court of Criminal Appeals of Texas
P.O. Box 12308, Capital Station
Austin, Texas 78711

Quincy Butler # 1899541